IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEROME GRIMES, </br>     Plaintiff, </br> vs. </br> </br> CHRISTOPHER "CHRIS" SCHULTZ, </br> (a/k/a Kirk England), et al., </br>     Defendants. | ) </br> ) </br> )  No. 3:15-CV-951-M-BH </br> ) </br> ) </br> ) </br> )  Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In Forma Pauperis*, filed March 26, 2015 (doc. 4), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders to pay the filing fee.

SIGNED this 28 day of May, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS