**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| JEROME GRIMES,  )<br>　　　　Plaintiff,  )<br>vs.  )<br>  )<br>CHRISTOPHER "CHRIS" SCHULTZ,  )<br>(a/k/a Kirk England), et al.,  )<br>　　　　Defendants.  ) | No. 3:15-CV-951-M-BH<br><br><br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *"Amended" Objection to Magistrates Findings, Conclusions, and, Recommendations*, which has been liberally construed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. 59(e),  and his *Application to Proceed In District Court Without Prepaying Fees or Costs*, both filed June 2, 2015 (docs. 15, 16), are **DENIED**.

　　　　SIGNED this 12th day of November, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**BARBARA M. G. LYNN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF TEXAS**